IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL WATKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No._14 cv 8422 |
| | ) |
| LEARN IT SYSTEMS, | ) |
| | ) |
| Defendant. | ) |

**COMPLAINT AT LAW**

NOW COMES plaintiff, MICHAEL WATKINS, by and through his attorney, Dean J. Caras & Associates, and complains of defendant, LEARN IT SYSTEMS, LLC, as follows:

1. Plaintiff, an African-American male, began employment with defendant, LEARN IT SYSTEMS, LLC, on or about August 28, 2012, as a program manager.

2. That on or about the aforesaid time plaintiff was belonged to a protected group, because of his race, under Title VII of the Civil Rights Act of 1964.

3. That at all times relevant herein, LEARN IT SYSTEMS, LLC, was a corporation doing business in the State of Illinois, County of Cook, City of Chicago.

4. That at all times relevant herein, defendant, LEARN IT SYSTEMS, LLC., was a corporation engaged in interstate commerce and therefore subject to Title VII of the Civil Rights Act of 1964, as amended.

5. That at all times relevant herein plaintiff's aforesaid place of employment was in the State of Illinois, County of Cook, City of Chicago.

6. That at all times during his employment plaintiff was meeting defendant's legitimate employment expectations in that he adhered to the personnel policies and