IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL WATKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 14 cv 8422 |
| | ) |
| LEARN IT SYSTEMS, | ) |
| | ) |
| Defendant. | ) |

**COMPLAINT AT LAW**

NOW COMES plaintiff, MICHAEL WATKINS, by and through his attorney, Dean J. Caras & Associates, and complains of defendant, LEARN IT SYSTEMS, LLC, as follows:

1. Plaintiff, an African-American male, began employment with defendant, LEARN IT SYSTEMS, LLC, on or about August 28, 2012, as a program manager.

2. That on or about the aforesaid time plaintiff was belonged to a protected group, because of his race, under Title VII of the Civil Rights Act of 1964.

3. That at all times relevant herein, LEARN IT SYSTEMS, LLC, was a corporation doing business in the State of Illinois, County of Cook, City of Chicago.

4. That at all times relevant herein, defendant, LEARN IT SYSTEMS, LLC., was a corporation engaged in interstate commerce and therefore subject to Title VII of the Civil Rights Act of 1964, as amended.

5. That at all times relevant herein plaintiff's aforesaid place of employment was in the State of Illinois, County of Cook, City of Chicago.

6. That at all times during his employment plaintiff was meeting defendant's legitimate employment expectations in that he adhered to the personnel policies and

practices of LEARN IT SYSTEMS, LLC, proved his industriousness, presented and represented himself in an orderly and respectful manner and commanded the respect of his fellow employees and clients. Additionally, at all times plaintiff demonstrated his capacity and ability to perform his assigned job as a project manager.

7. That on or about February 25th, 2013, defendant, LEARN IT SYSTEMS., discharged plaintiff from his employment based solely upon his aforesaid race in violation of Title VII of the Civil Rights Act of 1964.

8. That the aforesaid violation of Title VII of the Civil Rights Act of 1964 by the defendant was intentional and wilful.

9. That at the time he was discharged, plaintiff was earning $30,000.00 per year in his employment with defendant.

10. That as a result of defendant's aforesaid violation of Title VII of the Civil Rights Act of 1964 plaintiff has been caused to lose wages he would have otherwise made.

11. That plaintiff has filed a charge (846-2013-24454) with the United States Equal Employment Opportunity Commission and has obtained the right to sue.

WHEREFORE, plaintiff respectfully requests that this Court grant a judgment in excess of the minimum jurisdictional requirements of this Court, requiring defendant to pay all appropriate backpay and benefits, and for such other relief this Honorable Court deems just and proper.

By: s/Dean Caras
Dean J. Caras
Attorney for Plaintiff

320 West Illinois Street
Suite 2216
Chicago, IL 60610
(312)494-1500
Attorney No. 16980